UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| DECARLO A. GARNER, JR., | ) | |
| Plaintiff, | ) | |
| v. | ) | No.: 3:26-CV-223-TAV-DCP |
| TVA KINGSTON FOSSIL PLANT, *et al.*, | ) | |
| Defendants. | ) | |

**ORDER**

This civil matter is before the Court on a Report and Recommendation ("R&R") entered by United States Magistrate Judge Debra C. Poplin on August 11, 2026 [Doc. 9]. In the R&R, Judge Poplin granted plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs [*Id.* at 1; *see* Doc. 1]. However, after screening the complaint, Judge Poplin recommended that the Court dismiss plaintiff's complaint [Doc. 9, pp. 4–5; *see* Doc. 2]. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(d), 72(b).

After a careful review of the matter, the Court agrees with the magistrate judge's recommendation. Therefore, the Court **ACCEPTS** and **ADOPTS** the R&R in whole [Doc. 9]. Accordingly, it is hereby **ORDERED** that plaintiff's case is **DISMISSED**, and the Clerk of Court is **DIRECTED** to **CLOSE** this case. A separate judgment order will follow.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE